IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SAMUEL JONES III,

                                        Case No.: 1:08-CV-00185-SPM-AK

Plaintiff,

v.

WALGREEN CO. d/b/a WALGREENS,

    Defendant.
_____/

## PLAINTIFF'S MEMORANDUM OF LAW REGARDING REQUESTED JURY INSTRUCTIONS

Plaintiff, Samuel Jones, III, by and through his undersigned counsel hereby submits this Memorandum of Law Regarding his proposed jury instructions pursuant to the Court's Order entered herein on March 16, 2010.

### **Plaintiff's Proposed Instruction No. 1**

Plaintiff was unable to find any reported decisions approving the use of any particular jury instruction regarding Plaintiff's claim of retaliation under the Florida Whistleblower Act.

Plaintiff's Proposed Jury Instruction No. 1 was prepared by following the general format of 11th Circuit Pattern Instructions 7.1, Federal Claims Instructions regarding the instructions for Age Discrimination. Plaintiff extracted the essential elements of his claim from Fla. Stat. §448.101 and inserted those elements where appropriate following the above general format.

With regard to the portion of the instruction pertaining to the court's determination that the practice or policy complained of by Plaintiff was a violation of a law, rule or regulation, Plaintiff relied , in part, on the previous determination made by the court in its Order denying Defendant Motion for Summary Judgment.  The remaining portion regarding the allegation of improper prescriptions issued by a physician's assistant remain for the court's determination.  Since the question of whether the employer's alleged practice or policy was a violation of a law, rule or regulation is a matter of law only.  These issues are for the court to determine and for the jury to be so instructed. As stated in *Johansen v. Combustion Eng'g, Inc.*, 170 F.3d 1320 (11th Cir. ), "[c]ourts decide questions of law, not juries".

The statutes quoted in the instruction, Fla. Stats. §465.014, §465.013 and §893.05 are taken verbatim from the Florida Statues and constitute the laws Plaintiff contends were violated by Defendant.

### Plaintiff's Proposed Instruction No. 2

Plaintiff second proposed jury instructions pertains to the issue of damages.  Since most of the 11th Circuit pattern damages are part of the instruction for the underlying claim addressed in the instruction and since there was no such damages instruction for Whistleblower claims, Plaintiff prepared Proposed Instruction No. 2 utilizing the introduction to damages found in the Florida Standard Jury Instructions for the first paragraph of the instructions and an ABA publication entitled Model Jury Instructions, Employment Litigation for the paragraphs under the separate headings of "lost earnings" and "compensatory

damages." Additional authorities for the lost earnings portion of the instruction include, *Lorillard v. Pons*, 434 U.S. 575, 98 S.Ct. 866, 55 L.Ed. 2d 40 (1978); *Faris v. Lynchburg Foundry*, 769 F.2d 958 (4th Cir. 1985); *Blim v. Western Electric Co.*, 731 F.2d 1473 (10th Cir. 1984). See also, Devitt, Blackmar & Wolff, Federal Jury Practice and Instructions §§104.05, 104.06, 104A.11 (1987 & Supp. 1993).

Additional authorities for the portion of Plaintiff damages instructions regarding compensatory damages include, Devitt, Blackmar & Wolff, Federal Jury Practice and Instructions §§104.05, 104.06, 104A.11 (1987 & Supp. 1993); *Adams v. Doehler-Harvis* (On Remand) 144 Mich. APP. 744 (1985); *Freeman v. Kelvinator, Inc.*, 569 F.Supp. 999 (E.D. Mich. 1979).

Plaintiff submits that the instruction properly describes the elements of damages available under the Florida Whistleblower Act and that said instruction is accurate with regard to the jury proper consideration of damages in the event the jury finds for Plaintiff.

Respectfully submitted,

LAW OFFICES OF ARCHIBALD
J. THOMAS, III, P.A.
Suite 255, Quadrant I
4651 Salisbury Road
Jacksonville, Florida 32256
thomas@job-rights.com
(904) 674-2222 (Telephone)
(904) 296-2341 (Facsimile)

/s/ Archibald J. Thomas, III
Archibald J. Thomas, III
Florida Bar No. 231657
Attorney for Plaintiff