IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SAMUEL JONES III,

    Plaintiff,

v.                                CASE NO.: 1:08cv185-SPM/GRJ

WALGREEN CO.
d/b/a WALGREENS,

    Defendant.

_____/

## **ORDER DIRECTING THE PARTIES TO FILE A PRETRIAL STIPULATION**

The Fourth Order Setting Pretrial Conference (doc. 91) required the parties to submit a pretrial stipulation no later than June 13, 2011.  The parties have not done so.  The Court recognizes that the parties filed a pretrial stipulation the last time this case was presented for a pretrial conference in February of 2010, but given the passage of time and the opportunity of Defendant to conduct the deposition of Candace Gram (see doc. 90), a new pretrial stipulation should be submitted.  Accordingly, it is

ORDERED AND ADJUDGED: On or before 5:00 p.m. on June 22, 2011, the parties shall file a pretrial stipulation as well as other papers to be submitted,

including a stipulated set of jury instructions, in accordance with the Fourth Order Setting Pre-Trial Conference.

DONE AND ORDERED this 21st day of June, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge