United States District Court
CIVIL MINUTES - TRIAL

| | | |
|---|---|---|
| **Case No.:** | **1:08cv185 SPM** | Date : 7/5/11 - 7/8/11 |
| **Title:** | **Samuel Jones III vs Walgreen Co** | |

PROCEEDINGS:   **JURY TRIAL**

PRESENT:   HON. **STEPHAN MICKLE**                                      ,Presiding Judge

    **TiAnn Stark**        **Christine Bordenave**
    Deputy Clerk          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF(S):    ATTORNEYS PRESENT FOR DEFENDANT(S):

    Archibald Thomas                        Joseph Turner
                                                             Steven Pearlman

_____ Case called and continued to _____.
_____ COURT TRIAL
__X__ JURY TRIAL   The Jury impaneled and Sworn : See Jury Box filed separately

SEE SEPARATE LIST FOR WITNESSES AND EXHIBITS
_____ Case continued to _____
__X__ Jury Retires to deliberate at  10:17 A.M.  on  7/8/11  . Jury returns at 3:13 P.M.  on  7/8/11  .
_____ Ordered Jury to be taken to _____ ; _____ Be lodged for night.
_____ FINDINGS BY COURT
_____ JURY VERDICT.   See signed verdict.
     ___ Jury Polled _____ Polling waived

JUDGMENT BY COURT for     _____ Plaintiff;     _____ Defendant;    for $ _____

_____ Findings, Conclusions of Law, Judgment to be prepared by     _____ Plaintiff;     _____ Defendant

_____ Submitted.     _____ BRIEFS to be filed _____  _____     _____
                                                  Plaintiff         Defendant         Reply

Initials of Deputy Clerk   TSS

**MINUTES**

Case No: 1:08-cv-185 SPM

**SAMUEL JONES III**                          Attorney: Archibald Thomas
vs
**WALGREEN CO**                                Attorney: Joseph Turner/Steven Pearlman

July 5, 2011
1st day of trial
Judge Stephan P. Mickle
Court Reporter: Christine Bordenave
CDR: TiAnn Stark
Law Clerk: Midori Lowry

| Time | Event |
|---|---|
| **8:30 A.M** | **Court called to order** |
| 8:30 A.M. | Attorney conference |
| **8:46 A.M.** | **Recess** |
| **9:11 A.M.** | **Court reconvenes** |
| 9:13 A.M. | 25 prospective jurors sworn **- voir dire begins** |
| 9:56 A.M. | 8 jurors empaneled and sworn |
| **9:58 A.M.** | **Recess** |
| **10:16 A.M.** | **Court reconvenes** |
| 10:17 A.M. | Jury enters |
| 10:27 A.M. | Plaintiff's Opening Statements |
| 10:40 A.M. | Defendant's Opening Statements |
| 11:01 A.M. | Bench conference |
| *11:03 A.M.* | *Plaintiff's Case Begins* |
| 11:03 A.M. | Plaintiff's Witness, SAMUEL JONES III, sworn, direct
Plaintiff's Exhibits 1 - 23, marked and admitted
Plaintiff's Exhibit 24, marked |
| 12:00 P.M. | Jury exits for lunch; to return at 1:00 P.M. |
| 12:02 P.M. | Rule of Sequestration invoked |
| **12:03 P.M.** | **Recess** |
| **1:02 P.M.** | **Court reconvenes** |
| 1:02 P.M. | Jury enters |

| | |
|---|---|
| 1:03 P.M. | Direct continues |
| 2:06 P.M. | Jury exits |
| **2:07 P.M.** | **Recess** |
| **2:22 P.M.** | **Court reconvenes** |
| 2:23 P.M. | Jury enters |
| 2:23 P.M. | Direct continues |
| 3:17 P.M. | Bench conference |
| 3:17 P.M. | Jury in recess until 8:45 A.M. on July 6, 2011 |
| **3:20 P.M.** | **Court in Recess Until 8:30 A.M. on July 6, 2011** |

**July 6, 2011**
**2nd day of trial**
Judge Stephan P. Mickle
Court Reporter: Christine Bordenave
CDR: TiAnn Stark
Law Clerk: Midori Lowry

| | |
|---|---|
| **8:30 A.M** | **Court called to order** |
| 8:30 A.M. | Housekeeping matters |
| **9:00 A.M.** | **Recess** |
| **9:07 A.M.** | **Court Reconvenes** |
| 9:07 A.M. | Jury enters |
| 9:08 A.M. | Plaintiff's Witness, <u>SAMUEL JONES III</u>, previously sworn, direct<br>Plaintiff's Exhibits 25-28, 30-40, 42, 43A-B, 44A-B, 45A-E, 46A-G, 47, marked and admitted<br>Plaintiff's Exhibits 29, 41, marked<br>Defendant's Exhibits 6, 7, 12, 14, 25, 31, marked and admitted |
| 10:07 A.M. | Bench conference |
| 10:07 A.M. | Jury exits |
| **10:08 A.M.** | **Recess** |
| **10:20 A.M.** | **Court Reconvenes** |
| 10:20 A.M. | Bench conference |
| 10:24 A.M. | Jury enters |

| | |
|---|---|
| 10:24 A.M. | Direct continues |
| 11:34 A.M. | Jury in recess for lunch; to return at 12:35 P.M. |
| 11:35 A.M. | Housekeeping matters |
| **11:39 A.M.** | **Recess** |
| **12:40 P.M.** | **Court reconvenes** |
| 12:40 P.M. | Jury enters |
| 12:41 P.M. | Bench conference |
| 12:41 P.M. | Cross |
| 1:43 P.M. | Bench conference |
| 1:44 P.M. | Cross continues |
| 1:54 P.M. | Bench conference |
| 1:57 P.M. | Cross continues |
| 2:20 P.M. | Bench conference |
| 2:21 P.M. | Cross continues |
| 2:35 P.M. | Jury exits |
| **2:35 P.M.** | **Recess** |
| **2:52 P.M.** | **Court Reconvenes** |
| 2:52 P.M. | Jury enters |
| 2:52 P.M. | Plaintiff's Witness, <u>SCHERHONDA PARKER</u>, sworn, direct |
| 3:02 P.M. | Cross |
| 3:06 P.M. | Redirect |
| 3:08 P.M. | Plaintiff's Witness, <u>PATRICIA SEADON</u>, sworn, direct |
| 3:14 P.M. | Cross |
| 3:16 P.M. | Plaintiff's Witness, <u>ULA PRESCOTT</u>, sworn, direct |
| 3:20 P.M. | Cross |
| 3:24 P.M. | Bench conference |

3:26 P.M.        Cross continues

3:28 P.M.        Plaintiff's Witness, <u>CANDACE GRAM</u>, sworn, direct

3:33 P.M.        Cross

3:35 P.M.        Plaintiff's Witness, <u>SAMUEL JONES,</u> sworn, direct

3:40 P.M.        Cross

3:41 P.M.        Plaintiff's Witness, <u>ALLISON JACKSON JONES,</u> sworn, direct

3:51 P.M.        Jury exits

3:52 P.M.        Plaintiff's Exhibits 29 and 41, admitted

**3:52 P.M.        Recess**

**4:07 P.M.        Court reconvenes**

4:10 P.M.        Jury enters

*4:11 P.M.        Plaintiff's Case Rests*

4:12 P.M.        Bench Conference - Juror #3 conflict with Friday

*4:13 A.M.        Defendant's Case Begins*

4:14 P.M.        Defendant's Witness, <u>DOUGLAS HEALY</u>, sworn, direct
                 Defendant's Exhibits 4, 5, 11, marked and admitted

4:53 P.M.        Bench conference

4:54 P.M.        Jury in recess until 8:45 A.M. on July 7, 2011

4:56 P.M.        Housekeeping Matters
                 Defendant moves for Judgment as a Matter of Law - arguments presented -
                 matter taken under advisement

**5:25 P.M.        Court in Recess Until 8:30 A.M. on July 7, 2011**


**July 7, 2011**
**3rd day of trial**
Judge Stephan P. Mickle
Court Reporter: Christine Bordenave
CDR: TiAnn Stark
Law Clerk: Midori Lowry

**8:33 A.M        Court called to order**

8:33 A.M.        Housekeeping matters

                Motion for Judgment as a Matter of Law denied

| | |
|---|---|
| 9:00 A.M. | Jury enters |
| 9:01 A.M. | Defendant's Witness, <u>DOUGLAS HEALY</u>, previously sworn, direct<br>Defendant's Exhibits 15-16, 18-21, 23-24 marked and admitted<br>Plaintiff's Exhibit 24, admitted |
| 9:03 A.M. | Jury exits |
| 9:03 A.M. | Housekeeping matters |
| 9:15 A.M. | Bench conference |
| 9:19 A.M. | Housekeeping matters |
| 9:20 A.M. | Jury enters |
| 9:22 A.M. | Direct continues |
| 9:57 A.M. | Cross |
| 10:22 A.M. | Bench conference |
| 10:24 A.M. | Cross continues |
| 10:37 A.M. | Bench conference |
| 10:37 A.M. | Jury exits |
| **10:37 A.M.** | **Recess** |
| **10:57 A.M.** | **Court reconvenes** |
| 10:57 A.M. | Jury enters |
| 10:57 A.M. | Cross continues |
| 11:14 A.M. | Redirect |
| 11:16 A.M. | Defendant's Witness, <u>ALEX CARDONA</u>, sworn, direct |
| 11:48 A.M. | Bench conference |
| 11:48 A.M. | Direct continues |
| 11:53 A.M. | Jury in recess for lunch; to return at 1:00 PM. |
| **11:50 A.M.** | **Recess** |
| **1:02 P.M.** | **Court Reconvenes** |

| | |
|---|---|
| 1:02 P.M. | Housekeeping Matters |
| 1:03 P.M. | Jury Enters |
| 1:03 P.M. | Cross |
| 1:15 P.M. | Redirect |
| 1:16 P.M. | Defendant's Witness, <u>SCOTT DYEN</u>, sworn, direct |
| 2:14 P.M. | Jury exits |
| **2:16 P.M.** | **Recess** |
| **2:33 P.M.** | **Court reconvenes** |
| 2:33 P.M. | Jury enters |
| 2:34 P.M. | Cross |
| 3:08 P.M. | Defendant's Witness, <u>YVES DUFFORT</u>, sworn, direct |
| 3:41 P.M. | Cross |
| 3:44 P.M. | Bench conference |
| 3:47 P.M. | Cross continues |
| 4:06 P.M. | Jury exits |
| 4:07 P.M. | Bench conference |
| **4:08 P.M.** | **Recess** |
| **4:20 P.M.** | **Court reconvenes** |
| 4:20 P.M. | Jury enters |
| 4:22 P.M. | Defendant's Witness, <u>DAVID SEDLAK</u>, sworn, direct |
| 4:39 P.M. | Cross |
| 4:43 P.M. | Bench conference |
| *4:44 P.M.* | *Defendant's Case Rests* |
| *4:44 P.M.* | *Plaintiff's Rebuttal* |
| 4:44 P.M. | Plaintiff's Witness, <u>SAMUEL JONES III</u>, previously sworn, direct |
| 5:02 P.M. | Cross |

5:05 P.M.        *Plaintiff's Rebuttal Ends*

5:06 P.M.        Jury in recess until 8:30 A.M. on July 8, 2011

5:06 P.M.        Housekeeping Matters

**5:10 P.M.        Court in Recess Until 8:30 A.M. on July 7, 2011**


**July 8, 2011**
**4th day of trial**
Judge Stephan P. Mickle
Court Reporter: Christine Bordenave
CDR: TiAnn Stark
Law Clerk: Midori Lowry

**8:32 A.M**       **Court called to order**

8:32 A.M.        Housekeeping matters
                 Defendant's Motion for Judgement as a Matter of Law renewed - denied

**8:36 A.M.**       **Recess**

**8:45 A.M.**       **Court reconvenes**

8:46 A.M.        Jury enters

8:48 A.M.        Plaintiff's Closing Arguments

9:15 A.M.        Defendant's Closing Arguments

9:38 A.M.        Rebuttal

9:44 A.M.        Jury exits

**9:45 A.M.**       **Recess**

**10:00A.M.**      **Court Reconvenes**

10:01 A.M.       Jury enters

10:02 A.M.       Jury instructions read; copies furnished to the jurors

10:17 A.M.       Jury retires

**10:20 A.M.       Court in Recess**
11:56 A.M.       Court notified jury has a question**;** all parties notified

**12:05 P.M.       Court Reconvenes**

12:07 P.M.       Jury Enters

| | |
|---|---|
| 12:07 P.M. | Court answers question |
| **12:09 P.M.** | **Recess** |
| 3:00 P.M. | Court notified jury has a question; all parties notified |
| **3:10 P.M.** | **Court Reconvenes** |
| 3:10 P.M. | Bench conference |
| 3:13 P.M. | Jury enters |
| 3:15 P.M. | Mistrial declared |
| 3:17 P.M. | Jury exits |
| **3:18P.M.** | **Court Adjourned** |