IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SAMUEL JONES III,

    Plaintiff,

v.                                          CASE NO.: 1:08cv185-SPM/AK

WALGREEN CO.
d/b/a WALGREENS,

    Defendant.
_____/

## ORDER CONTINUING PRETRIAL CONFERENCE

Upon consideration, Defendant's Motion to Reschedule Pre-Trial Conference (doc. 135) is granted. The pretrial conference is reset for 1:30 p.m. on Monday, November 28, 2011. All parties may appear by telephone. Counsel for Defendant is responsible for calling the Court at 352-380-2742 with all parties on the line.

DONE AND ORDERED this 16th day of November, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge