IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SAMUEL JONES III,

    Plaintiff,

v.                                      CASE NO.: 1:08cv185-SPM/GRJ

WALGREEN CO.
d/b/a WALGREENS,

    Defendant.
_____/

## ORDER OF DISMISSAL

Upon notification by counsel that this case has settled, pursuant to Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1.     This case is dismissed with prejudice.

2.     The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 22nd day of November, 2011.

                                               *s/ Stephan P. Mickle*
                                               Stephan P. Mickle
                                               Senior United States District Judge