IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SAMUEL JONES III,

    Plaintiff,

v.                              CASE NO.: 1:08cv185-SPM/GRJ

WALGREEN CO.
d/b/a WALGREENS,

    Defendant.
_____/

## ORDER DIRECTING PARTIES TO RESPOND

This cause comes before the Court on the pro se motion by Plaintiff Samuel Jones III to reopen and set aside the settlement of his case. Upon consideration, it is

ORDERED AND ADJUDGED: Plaintiff's attorney, Archibald Thomas III, and Defendant shall each file a response to the motion on or before February 6, 2012.

DONE AND ORDERED this 30th day of January, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge