IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SAMUEL JONES III,

    Plaintiff,

v.                                        CASE NO.: 1:08cv185-SPM/GRJ

WALGREEN CO.
d/b/a WALGREENS,

    Defendant.
_____/

### ORDER EXTENDING TIME TO FIND A NEW LAWYER

Upon consideration of Plaintiff Samuel Jones III's Request for Additional Time to Find Counsel (doc. 145), it is

ORDERED AND ADJUDGED:

1.    The motion (doc. 145) is granted.

2.    Plaintiff shall have up to and including March 23, 2012 to file a notice of appearance by his new lawyer.

3..    Failure of Plaintiff to comply with this order may result in the denial of Plaintiff's motion to reopen and set aside the settlement of this case.

DONE AND ORDERED this 2nd day of March, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge