IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SAMUEL JONES III,

       Plaintiff,

v.                                    CASE NO.: 1:08cv185-SPM/GRJ

WALGREEN CO.
d/b/a WALGREENS,

       Defendant.

_____/

## ORDER DIRECTING PARTIES TO CONFER AND SUBMIT MATERIALS

       A hearing will be necessary to resolve Plaintiff's motion to reopen and set aside the settlement of his case.  Doc. 138. .  To facilitate an orderly process, the attorneys shall confer by April 25, 2012, and on or before May 9, 2012, they shall file a joint statement that includes the following:

       1.     A list of the names of all witnesses, including rebuttal and expert, intended to be called at the hearing by each party.  The list shall include a summary of each witness's testimony and estimate of time for presentation of the testimony;

       2.     A list of all exhibits to be offered at the hearing, noting any

objections thereto and the grounds for each objection;

3.   Proposed findings of fact and conclusions of law with citations to authorities where appropriate supporting the parties' respective positions;

4.   The parties' positions on the possibility for prompt settlement or resolution of the issue, and whether further mediation might be helpful.

DONE AND ORDERED this 11th day of April, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge

CASE NO.: 1:08cv185-SPM/GRJ